B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>District of Connecticut | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**G & O Mechanical Contractors, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA G & O Mechanical, LLC** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**06-1602364** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**5893 Main Street**<br>**Trumbull, CT**<br>ZIP Code **06611-0336** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Fairfield** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 110306**<br>**Trumbull, CT**<br>ZIP Code **06611-0336** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(1/08) Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>G & O Mechanical Contractors, LLC |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)         (Date) |

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **G & O Mechanical Contractors, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X _____/s/_____
Signature of Attorney for Debtor(s)

**Scott M. Charmoy 15889**
Printed Name of Attorney for Debtor(s)

**Charmoy & Charmoy**
Firm Name

**P.O. Box 804**
**1261 Post Road**
**Fairfield, CT 06824**

Address

Email: scottcharmoy@charmoy.com
**203-255-8100  Fax: 203-255-8101**
Telephone Number

**March 13, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____[signature]_____
Signature of Authorized Individual

**Gary J. Oppedisano**
Printed Name of Authorized Individual

**Member**
Title of Authorized Individual

**March 13, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## District of Connecticut

In re    G & O Mechanical Contractors, LLC
                     Debtor

Case No. _____

Chapter _____11_____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Gary J. Oppedisano<br>P.O. Box 110315<br>Trumbull, CT 06611 | | 100% | Membership |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **March 13, 2010**                     Signature  _/s/ Gary J. Oppedisano_
                                                                       Gary J. Oppedisano
                                                                       Member

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

   **0**   continuation sheets attached to List of Equity Security Holders

**United States Bankruptcy Court**
District of Connecticut

In re   G & O Mechanical Contractors, LLC                                  Case No.
                                    Debtor(s)                              Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **March 13, 2010**

Gary J. Oppedisano/Member
Signer/Title

ABCO Refrigeration Supply Corp
845 Canal Street
Stamford, CT 06902


AFLAC
Attn: Remittance Processing Services
1932 Wynnton Road
Columbus, GA 31999-0797


Air Equipment LLC
43 Thomas Street
East Hartford, CT 06108


American Express
P.O. Box 1270
Newark, NJ 07101-1270


Automated Building Systems
39 New London Turnpike / Suite 230
Glastonbury, CT 06033


Bank Of America
P.O.Box 15028
Wilmington, DE 19850-5028


Bender Supplies of Bridgeport, LLC
145 Cherry Street
Waterbury, CT 06703


Butterworth & Scheck
10 Thompson Street
Stratford, CT 06615


Capital One
P.O. Box 10574
Atlanta, GA 30348-5474


Capital One
P.O. Box 71083
Charlotte, NC 28272-1083

```
Carrier Corporation
241 Clinton Road
West Caldwell, NJ 07006


Chase
P.O. Box 9001022
Louisville, KY 40290-1022


Chase
P.O. Box 33035
Louisville, KY 40232


Chase Card services
P.O. Box 15153
Wilmington, DE 19886-5153


Colony Hardware Supply Company Inc
15 Stiles Street
New Haven, CT 06512


Construction Data Company
P.O. Box 981097
Boston, MA 02298-1097


Corporate Turnaround
95 Route17 South
Paramus, NJ 07652


Diversified Sales Company
20 Spring Valley Road
Woodbridge, CT 06525


Eastern Mechanical Services Inc
P.O. Box 246
Danbury, CT. 06813-0246, CT 06813-0246


Elite Construction Rentals LLC
111 Prestige Park Road
East hartford, CT 06108-1923
```

F.W. Webb Company
160 Middlesex Tpk / Bedford / MA / 01730
150 Locust St / Hartford / CT (Local)
Bedford, MA 01730


Fastenal Company
P.O. Box 978
Winona, WN 55987-0978


Fastenal Company
P.O. Box 978
Winona, MN. 55987-0978, MN 55987-0978


Federal Pump Corporation
1144 Utica Avenue
Brooklyn, NY 11203


Gary J. Oppedisano
4 Tulip St.
Milford, CT 06460


Gary J. Oppedisano
P.O. Box 110315
Trumbull, CT 06611


Gradar Metals / BLC Investments
10 Almeida Lane
Wallingford, CT 06492


Guardian Life Insurance-PA
P.O. Box 530157
Atlanta, GA. 30353-0160, GA 30353-0160


Harlow, Adams and Freidman
300 Bic Drive
Milford, CT 06460


Health Net
P.O. Box 30626
Hartford, CT 06150

Homans Associates, LLC
P.O. Box 3311
Boston, MA 02241-3311


Home Depot  Credit Services
Dept.32-2014372191 / P.O. Box 6029
The Lakes, NV 88901-6029


Industrial Riggers, Inc.
300 Chase River Road
Waterbury, CT 06704


Integrated Air, LLC
P.O. Box 189
South Glastonbury, CT 06073


Jensen Mechanical Equipment
P.O. Box 346
New Hartford, CT 06057


JER Sheetmetal
PO Box 243
Northford, CT 06472


John C Digertt Inc
264 Main Street
Rockfall CT 06481, CT 06481


Lennox Industries, Inc.
P.O. Box 910549
Dallas, TX 75391-0549


Manifest Funding Services / US Bank Corp
P.O. Box 790448
ST. Louis, MO 63179-0448


Marsco Sheet Metal LLC
474-A Pepper Street
Monroe, CT 06468

Mazzotta Rentals Inc
P.O. Box 133
Middletown, CT 06457


Melink Corporation
P.O. Box 643608
Cincinnati, Ohio, OH 45264


N&S Supply Company
15 Starr Road
Danbury, CT 06810


Nefco Corporation
411 Burnham Street
East Hartford, CT 06108


Pitney Bowes
P.O. Box 856460
Louisville, KY 40285-6460


Prestige Plumbing, LLC
29 Robinwood Road
Trumbull, CT 06611


Purtill, Purtill and Pfeffer
19 Water St.
P.O. Box 50
South Glastonbury, CT 06073


Shannon Associates Network Solutions
P.O. Box 3413
11 Scudder Road
Newtown, CT 06470


Shelton Winair Co.
740 River Road
Shelton, CT 06484


SNET Information Services Inc
DBA AT&T Yellow Pages
545 Long Wharf Drive
New Haven, CT 06510

```
Sprint
P.O. Box 4181
Carol Stream, IL 60197-4181


Staples Credit Plan
Dept. 82-0005369004
P.O. Box 689020
Des Moines, IA 50368-9020


Sugarmann & Sugarmann
P.O. Box 3996
One Bradley Road
Woodbridge, CT 06525


Superior Mechanical Insulation, LLC
52 Peach Farm Road
Oxford, CT 06478


Superior Products Distributors, Inc.
1403 Meriden-Waterbury Road
P.O. Box 57
Mildale, CT 06467


T-D Air Balancing Service LLC
1830 Marion Road
Cheshire CT 06410, CT 06410


Thomas E Porzio LLC
625 Wolcott Street / Suite 21
Waterbury, CT 06705


Torrington Supply Company
P.O. Box 2838
Waterbury, CT. 06723-2838, CT 06723-2838


Tower Equipment Company Inc
1320 West Broad Street
Stratford, CT 06615-5798


Tucker Associates Consulting Engineers
52-B Fereral Road
Danbury, CT 06810
```

United Rentals, Inc.
1 Bic Way / Suite 3 Credit office
Shelton, CT 06484


W.B. Mason Company Inc.
PO Box 55840
Boston, MA 02205-5840


W.W. Grainger Inc.
Dept.854354206
Palatine, IL 60038-0001


WW Rothmann Co., Inc.
45 Farmington Valley Drive
Plainville, CT 06062


Yellow Book-Mid Atlantic
P.O. Box 11815
Newark, NJ 07101-8115